IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIA McKEE, in her fiduciary capacity as Personal Representative of the Estate of RONALD JOSEPH BEECHER, deceased, )<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS POPICH; LRC TECHNOLOGIES, LLC; IRON MOUNT CORPORATION; CALLAN FINE ART, INC., JEFF GALLEY; JED MIHALYKA; et al.,<br><br>Defendants. | CV-11-BE-2680-S |

### Memorandum Opinion

Before the court is the plaintiff's motion to remand. (Doc. 5.) On September 16, 2011, the magistrate recommended that the motion be granted and this case remanded. (Doc. 9.) Neither party filed an objection to that recommendation.

Having carefully reviewed *do novo* all the information in the court file, including the report and recommendation, the court finds that the magistrate's recommendation should be ACCEPTED and ADOPTED as the opinion of this court. The court expressly finds that the case is due to be remanded. An order of remand will be entered.

DONE this 7th day of October, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE